| | |
|---|---|
| 1 | PETER W. ALFERT, SBN 83139 |
| | HINTON ALFERT, PC |
| 2 | 200 Pringle Ave., Suite 450 |
| | Walnut Creek, California  94596 |
| 3 | Telephone: (925) 279-3009 |
| | Facsimile:  (925) 279-3342 |
| 4 | palfert@hintonalfert.com |
| 5 | TODD BOLEY, SBN 68119 |
| | MAUREEN FELDMAN, SBN 298417 |
| 6 | ZOYA YARNYKH, SBN 258062 |
| | LAW OFFICE OF TODD BOLEY |
| 7 | 2381 Mariner Square Drive, Suite 280 |
| | Alameda, CA  94501 |
| 8 | Telephone: (510) 836-4500 |
| | Facsimile: (510) 649-5170 |
| 9 | boley@boleylaw.com |
| 10 | Attorneys for PLAINTIFFS |
| 11 | DAVID F. BEACH, SBN 127135 |
| | ANNE D'ARCY 232948 |
| 12 | PERRY JOHNSON ANDERSON MILLER & |
| | MOSKOWITZ, LLP |
| 13 | 438 First Street, 4th Floor |
| | Santa Rosa, CA  95401 |
| 14 | Telephone: (707) 525-8800 |
| | Facsimile: (707) 545-9242 |
| 15 | beach@perrylaw.net |
| 16 | Attorneys for DEFENDANTS Tobinworld |
| | And Sara Forghani |
| 17 | |
| | LOIS A. LINDSTROM, SBN 111743 |
| 18 | ERICKSEN ARBUTHNOT |
| | 2300 Clayton Road, Suite 350 |
| 19 | Concord, CA  94520 |
| | Telephone: (510) 832-7770 |
| 20 | Facsimile: (510) 510) 832-0102 |
| | llindstrom@ericksenarbuthnot.com |
| 21 | |
| | Attorneys for DEFENDANT Andrew Altes |
| 22 | |
| | TIMOTHY P. MURPHY, SBN 120920 |
| 23 | DOLORES M. DONOHOE, SBN 111432 |
| | EDRINGTON, SCHIRMER & MURPHY LLP |
| 24 | 2300 Contra Costa Boulevard, Suite 450 |
| | Pleasant Hill, CA  94523 |
| 25 | Telephone: (925) 827-3300 |
| | Facsimile: (925) 827-3320 |
| 26 | tmurphy@esmlawfirm.com |
| 27 | Attorneys for DEFENDANT Antioch Unified |
| | School District |
| 28 | |

PLAINTIFFS' INITIAL DISCLOSURES      - 1 -      16-CV-01676

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE SMITH and M.M., a minor by and through his guardian ad litem MICHELLE SMITH<br><br>Plaintiffs,<br>v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, TOBINWORLD, SARA FORGHANI, ANDREW ALTES and DOES 1-30,<br><br>Defendants. | **Case No. 16-cv-01676**<br><br>**The Hon. Richard Seeborg**<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED** |

Plaintiffs MICHELE SMITH, acting on her on behalf and as Guardian ad Litem for M.M., ("Plaintiffs") and Defendants TOBINWORLD, SARA FORGHANI, ANDREW ALTES, and ANTIOCH UNIFIED SCHOOL DISTRICT (hereinafter "AUSD") jointly submit this Stipulation and [Proposed] Order to File First Amended Complaint.

WHEREAS, on April 4, 2016, the Plaintiffs filed the above caption action entitled Michele Smith, et. al., v. Antioch Unified School District, et. al., U.S.D.C. Case No. 3:16-01676-JCS, hereinafter referred to as the "Smith Federal Action";

WHEREAS, previously on April 27, 2016, the Plaintiffs filed a complaint in Contra Costa County Superior Court, entitled Smith, et al., v. Antioch Unified School District, et. al., Superior Court of Contra Costa Case No. CIVMS C16-00782, hereinafter referred to as the "Smith State Action";

WHEREAS, the Smith Federal Action contains federal claims for Violation of Section 504 of the Rehabilitation Act of 1973 against Defendant Tobinworld, Violation of Section 504 of the Rehabilitation Act of 1973 against Defendant Antioch Unified, Discrimination in Violation of the Americans with Disabilities Act against Defendant Antioch Unified, Violation of the Unruh Act

1   against Defendant Tobinworld, Violations of the Unfair Business Practices, California Code
2   Section 17200 against Defendant Tobinworld, False Imprisonment against Defendant Altes,
3   Intentional Infliction of Emotional Distress against Defendants Tobinworld, Forghani and Altes,
4   Negligence against Defendants Tobinworld, Forghani and Altes, Negligent Hiring, Supervision or
5   Retention against Defendants Tobinworld and Forghani, Violations of California Education Code
6   Section 220 against Defendant Tobinworld, and Violation of a Mandatory Duty against Defendants
7   Forghani and Altes;

8   WHEREAS, the Smith State Action contains state causes of action for Violations of
9   California Education Code Section 220 against Defendant Antioch Unified and Negligence against
10  Defendant Antioch Unified;

11  WHEREAS, the two actions involve common issues of fact and law and involve the same
12  Plaintiffs and Defendants;

13  WHEREAS, this Court has already granted Plaintiffs leave to file a First Amended
14  Compliant in federal court in response to this Court's ruling on Defendant Tobinworld's Motion to
15  Dismiss, dated June 28, 2016;

16  WHEREAS, Plaintiffs and Defendant Antioch Unified have met and conferred about ways
17  to proceed with Smith's State Complaint, and have agreed to amend Smith's Federal Complaint to
18  include the state causes of action;

19  WHEREAS Plaintiffs shall file a First Amended Complaint on or before July 28, 2016;

20  WHEREAS, as a material condition of agreeing to include the state causes of action against
21  Antioch Unified in the First Amended Complaint, Defendant Antioch Unified waives their 11th
22  Amendment immunity from suit in federal court as to state claims.  However, Defendant Antioch
23  Unified expressly does not waive any other defenses to any state causes of action and/or federal
24  claims asserted by the Plaintiffs herein;

25  WHEREAS, Defendants Tobinworld, Forghani and Altes have been informed of the
26  agreement between Plaintiffs and Defendant Antioch Unified to incorporate the state causes of
27  action into the First Amended Complaint, and have no objection to such an amendment; and
28  / / /

1  WHEREAS, the parties agree that should the federal court dismiss the federal claims, the
2  litigation shall remain in federal court unless the federal court orders otherwise;
3  IT IS SO STIPULATED:

4  Dated: July 28, 2016                           LAW OFFICES OF TODD BOLEY

5                                                /s/ M Feldman_____
                                                 MAUREEN FELDMAN
6                                                  Attorney for Plaintiffs

7

8  Dated: July 28, 2016                           HINTON ALFERT, PC

9                                                /s/ P Alfert_____
                                                 Peter Alfert
10                                                 Attorney for Plaintiffs

11
   Dated: July 28, 2016                           PERRY JOHNSON ANDERSON MILLER &
12                                                MOSKOWITZ, LLP

13                                                /s/ A D'Arcy_____
                                                 ANNE D'ARCY
14                                                 Attorney for Defendants Tobinworld
                                                 And Sara Forghani
15

16 Dated: July 28, 2016                           ERICKSEN ARBUTHNOT

17                                                /s/ L Lindstrom_____
                                                 LOIS A. LINDSTROM
18                                                 Attorney for Defendant Andrew Altes

19
   Dated: July 28, 2016                           EDRINGTON, SCHIRMER & MURPHY
20
                                                 /s/ D Donohoe_____
21                                                DOLORES DONOHOE
                                                 Attorney for Defendant Antioch Unified
22                                                School District

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
RE AMENDING COMPLAINT                           - 4 -                         3:16-cv-0767-RS

# ATTESTATION STATEMENT

I, MAUREEN K. FELDMAN, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am one of the attorneys representing the Plaintiffs herein. I have personal knowledge of the matters declared herein and could testify truthfully thereto if called as a witness.

2. Concurrence in the filing of this document has been obtained from each of the other signatories to this document. I will maintain records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party, until one year after the final resolution of the action (including appeal, if any).

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 28, 2016 in Alameda, California.

MAUREEN K. FELDMAN
Attorney for Plaintiffs

**~~PROPOSED~~ ORDER**

Having read and considered the Joint Stipulation and [Proposed] Order to file First Amended Complaint,

1. Plaintiffs are granted leave to file a First Amended Complaint in this court on or before July 28, 2016. The First Amended Complaint shall combine all the parties and all state causes of action and all federal claims asserted in the two actions.
2. Defendants' response to the First Amended Complaint shall be due on August 18, 2016.
3. Plaintiffs shall dismiss the Smith State Action within 10 days of filing the First Amended Complaint with this court.
4. By agreeing to the filing of the First Amended Complaint in this court, Defendant Antioch Unified has waived their 11th Amendment immunity from suit in federal court but does not waive any other defenses to any state causes of actions and/or federal claims asserted by Plaintiffs herein.

**IT IS HEREBY ORDERED.**

Dated: August 2, 2016

_____
Hon. Judge R. Seeborg