PETER W. ALFERT, SBN 83139
IAN HANSEN, SBN 255449
**LAW OFFICES OF PETER ALFERT,
A PROFESSIONAL CORPORATION**
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
Peter@alfertlaw.com

Attorneys for PLAINTIFFS

TODD BOLEY, SBN 68119
JUSTIN YOUNG, SBN 267315
**LAW OFFICES OF TODD BOLEY**
2381 Mariner Square Drive, Suite 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
boley@boleylaw.com

DAVID F. BEACH, SBN 127135
ANNE D'ARCY, SBN 232948
**PERRY JOHNSON ANDERSON
MILLER & MOSKOWITZ, LLP**
438 First Street, 4th Floor
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-9242
beach@perrylaw.net

Attorneys for Defendants
TOBINWORLD and SARA FORGHANI

LOIS A. LINDSTROM, SBN 111743
RACHEL L. SZELA, SBN 283502
JASON W. MAUCK, SBN 255133
**ERICKSEN ARBUTHNOT**
2300 Clayton Road, Suite 350
Concord, CA 94520
Telephone: (510) 832-7770 ext.102
Facsimile: (510) 832-0102
llindstrom@ericksenarbuthnot.com

Attorneys for Defendant,
ANDREW ALTES

MARK G. INTRIERI, SBN 116627
**CHAPMAN & INTRIERI, L.L.P.**
2236 Mariner Square Drive, Suite 300
Alameda, California 94501-1089
Telephone: (510) 864-3600
Facsimile: (510) 864-3601
mintrieri@chapmanandintrieri.com

Attorneys for Defendant,
ANTIOCH UNIFIED SCHOOL DISTRICT

LOUIS A. LEONE, SBN 99874
CLAUDIA LEED, SBN
IOANA R. MONDESCU, SBN 209471
**LEONE & ALBERTS**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
lleone@leonealberts.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE SMITH and M.M., a minor by and through his guardian ad litem MICHELLE SMITH<br><br>Plaintiffs,<br><br>v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, TOBINWORLD, SARA FORGHANI, ANDREW ALTES and DOES 1-30,<br><br>Defendants. | **Case No. 16-cv-01676**<br><br>**The Hon. Richard Seeborg**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Plaintiffs MICHELE SMITH, acting on her own behalf and as Guardian ad Litem for M.M., ("Plaintiffs") and Defendants TOBINWORLD, SARA FORGHANI, ANDREW ALTES, and ANTIOCH UNIFIED SCHOOL DISTRICT (hereinafter "AUSD"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, counsel for Plaintiffs and the counsel for Defendants AUSD, SARAH FORGHANI, and TOBINWORLD are also involved in a similar case currently pending in the U.S. District Court for the Northern District of California entitled *Calloway, et al. v. Oakland Unified School District, et al.,* USDC Case No. 3:16-cv-6942-CRB (hereinafter the "*Calloway* matter");

WHEREAS, all parties wish to schedule a settlement conference before a Magistrate Judge wherein both this matter and the *Calloway* matter may be mediated together;

WHEREAS, in the *Calloway* matter, on April 7, 2017, the court issued a minute order directing counsel to submit a stipulation and proposed order referring both *Calloway* matter and the instant case to a Magistrate Judge for a settlement conference (Doc No. 55);

WHEREAS, the parties have met and conferred by email and have agreed that they would like to participate in a settlement conference before Magistrate Judge Jacqueline Scott Corley;

Thus, the parties jointly respectfully request that the Court refer this matter to a settlement conference before a Magistrate Judge Corley wherein the parties may also discuss settlement of the *Calloway* matter.

**IT IS SO STIPULATED.**


Dated: April 25, 2017                    LAW OFFICES OF TODD BOLEY

                                         /s/ Todd Boley_____
                                         Todd Boley
                                         Attorney for Plaintiffs

Dated: April 25, 2017                    LAW OFFICES OF PETER ALFERT, APC

                                         /s/ Peter Alfert_____
                                         Peter Alfert
                                         Attorney for Plaintiffs

Dated: April 25, 2017

PERRY JOHNSON ANDERSON MILLER &
MOSKOWITZ, LLP

/s/ Anne D'Arcy
ANNE D'ARCY
Attorney for Defendants, Tobinworld
and Sara Forghani

Dated: April 25, 2017

ERICKSEN ARBUTHNOT

/s/ Lois Lindstrom
LOIS A. LINDSTROM
Attorney for Defendant, Andrew Altes

Dated: April 25, 2017

CHAPMAN & INTRIERI, L.L.P.

/s/ Mark G. Intrieri
MARK G. INTRIERI
Attorney for Defendant, Antioch Unified
School District

Dated: April 25, 2017

LEONE & ALBERTS

/s/ Louis A. Leone
LOUIS A. LEONE
Attorney for Defendant, Antioch Unified
School District

# ~~PROPOSED~~ ORDER

Having read and considered the Joint Stipulation and [Proposed] Order For Referral to Magistrate Judge for Settlement Conference and good cause appearing, it is hereby ordered that this matter be referred to a settlement conference before Magistrate Judge Corley.  At the settlement conference, counsel should also be prepared to discuss the parties' settlement positions in *Calloway* matter, per the April 7, 2017, minute order of Judge Breyer.

**IT IS HEREBY ORDERED.**

Dated:  4/25/17

_____
Hon. Judge R. Seeborg