PETER W. ALFERT, SBN 83139
IAN A. HANSEN, SBN 255449
LAW OFFICES OF PETER ALFERT
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
peter@alfertlaw.com

TODD BOLEY, SBN 68119
JUSTIN YOUNG, SBN 267315
LAW OFFICES OF TODD BOLEY
2381 Mariner Square Drive, Suite 280
Alameda, CA 94501
Telephone: (510) 8\36-4500
Facsimile: (510) 649-5170
boley@boleylaw.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE SMITH and M.M., a minor by and through his guardian ad litem MICHELLE SMITH<br><br>Plaintiffs,<br>v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, TOBINWORLD, SARA FORGHANI, ANDREW ALTES and DOES 1-30,<br><br>Defendants. | Case No. 16-cv-01676<br><br>JOINT STIPULATION AND ORDER RE PRODUCTION OF ELECTRONICALLY STORED INFORMATION BY ANTIOCH UNIFIED SCHOOL DISTRICT |

Plaintiffs Michele Smith and M.M., a minor by and through his guardian ad litem MICHELE SMITH and Defendant ANTIOCH UNIFIED SCHOOL DISTRICT ("AUSD") hereby jointly move this Court for an order concerning the production of ESI in this case and have reached the following stipulations and request an order thereon.

1. Defendant AUSD shall make its best efforts to complete its search and production of responsive ESI to plaintiffs by June 30, 2017. Defendants shall search all available servers, as well as any archiving or journaling systems for documents which include any of the key word search terms on Exhibit A.

1

2. Defendant's search and production will include deleted emails to the extent they are recoverable.

3. Defendant will begin producing responsive ESI on or before May 19, 2017 and will make its best efforts to complete production of ESI to plaintiffs by June 30, 2017.

4. After production by AUSD, plaintiffs will give notice to AUSD of any document(s) they seek to have un-redacted and, if defendant agrees that the redacted name and/or information is relevant or is likely to lead to the discovery of relevant and admissible evidence, defendant will, within five days of plaintiff's notice, send out the notice to parent(s) attached hereto as <u>Exhibit B</u>, as required by FERPA as to any educational records.

5. If no objection is received from the parent in response to defendants notice within 14 days, Defendant AUSD will produce all such redacted documents identified by plaintiffs in native format without redaction.

6. If an objection is received, AUSD will provide plaintiffs with a redacted copy of the objection and plaintiffs may file a motion to compel production of the redacted records.

7. If AUSD does not agree that an unredacted copy of any document requested by plaintiffs' counsel should be provided, the parties will meet and confer in an effort to resolve the dispute. If the parties cannot resolve the dispute, it may be brought before the randomly assigned Magistrate Judge accordance with the discovery order.

Date: May 17, 2017          LAW OFFICES OF PETER ALFERT, APC

                            /s/ Peter Alfert
                            PETER W. ALFERT
                            Attorney for Plaintiffs

Date: May 17, 2017          CHAPMAN & INTRIERI, LLP

                            /s/ Jessica Fakihimi
                            MARK INTRIERI
                            JESSICA FAKHIMI
                            Attorneys for Defendant
                            ANTIOCH UNFIIED SCHOOL DISTRICT

2

1 ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/18/17   _____
　　　　　　　　　Hon. Judge R. Seeborg
　　　　　　　　　UNITED STATES DISTRICT JUDGE