1  DAVID F. BEACH, SBN 127135
2  ANNE C. D'ARCY, SBN 232948
   PERRY, JOHNSON, ANDERSON,
3  MILLER & MOSKOWITZ, LLP
   438 First Street, Fourth Floor
4  Santa Rosa, CA 95401
   Telephone: (707) 525-8800
5  Facsimile: (707) 545-8242

6
   Attorneys for Defendants
7  TOBINWORLD and SARA FORGHANI

8  TODD BOLEY, SBN 68119
9  LAW OFFICES OF TODD BOLEY
   2381 Mariner Square Drive, Suite 280
10 Alameda, CA 94501
   Telephone: (510) 836-4500
11 Facsimile: (510) 649-5170

12
   PETER W. ALFERT, SBN 83139
13 LAW OFFICES OF PETER ALFERT
   200 Pringle Ave., Suite 450
14 Walnut Creek, CA 94596
   Telephone: (925) 279-3009
15 Facsimile: (925) – 279-3342

16
   Attorneys for Plaintiffs
17 M.M. and MICHELE SMITH

18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21 MICHELE SMITH and M.M., a minor by and ) CASE No. 3:16-cv-01676-RS
   through his guardian ad litem MICHELE SMITH )
22                                              ) Assigned to Hon. Richard Seeborg
               Plaintiff(s),                    )
23                                              ) **STIPULATION AND [PROPOSED]**
          vs.                                   ) **ORDER FOR MENTAL EXAMINATION**
24                                              ) **OF PLAINTIFF M.M. [FRCP Rule 35(a)]**
   ANTIOCH UNIFIED SCHOOL DISTRICT,             )
25 TOBINWORLD, SARA FORGHANI, ANDREW            )
   ALTES and DOES 1-30                          ) Complaint Filed:      April 4, 2016
26                                              ) Amended Complaint Filed: July 28, 2016
27             Defendant(s).                    )
                                                )
28  _____      )

                                        1
STIPULATION AND [PROPOSED] ORDER FOR MENTAL EXAMINATION
OF PLAINTIFF M.M. [FRCP Rule 35(a)]                              3:16-cv-01676-RS

IT IS HEREBY STIPULATED by and between Plaintiff M.M. and Defendants TOBINWORLD, SARA FORGHANI, ANDREW ALTES, and ANTIOCH UNIFIED SCHOOL DISTRICT that:

1. Plaintiff M.M. will submit to a mental examination, consisting of a psychiatric examination which will be performed by Richard Shaw, M.D. ("Dr. Shaw"), board certified psychiatrist and child and adolescent psychiatrist, on June 27, 2017 at 9:00 a.m. at the Autism Center of Northern California located at 870 Market St., Suite 472, San Francisco, California and a psychological examination which will be performed by Mariam King, PsyD., a child clinical psychologist at the Autism Center of Northern California (as to M.M. only), on July 11, 2017 at 10:30 a.m. at the Autism Center of Northern California located at 870 Market St., Suite 472, San Francisco, California.

2. The examinations, which will include reasonable breaks and a 30 minute lunch break, will last a maximum of six (6) hours, divided between parent and child. Any questionnaires will be provided to Plaintiffs in advance of the examinations. The Mental Examination is an official court proceeding expected to start on time on the day and time agreed to.

3. Content of the **psychiatric assessment** will include:

   a. A 2-3 hour semi-structured interview alone with MICHELE SMITH during which the topics of inquiry will include:

      i. Details of current psychiatric symptoms of M.M. including nature of difficulties and for each identified symptom:

         1. Duration;
         2. Frequency and intensity;
         3. Precipitants;
         4. Circumstances in which the symptoms occur
         5. Consequences including degree of distress; interference with social, family, cognitive, emotional and/or academic functioning; adverse impact on development;
         6. Details of attempts to get help/treatment.

ii. Developmental history including pregnancy, birth, prenatal exposure to drugs or alcohol, and early infancy.
   iii. Physical development and medical history.
   iv. School history.
   v. Composition of family and relationships with family members.
   vi. Peer and social relationships.
  b. A 1-2 hour structured interview alone with M.M. during which the topics of inquiry will include:
     i. Details of current psychiatric symptoms including nature of difficulties and for each identified symptom:
        1. Duration;
        2. Frequency and intensity;
        3. Precipitants;
        4. Circumstances in which the symptoms occur;
        5. Consequences including degree of distress; interference with social, family, cognitive, emotional and/or academic functioning; adverse impact on development;
        6. Details of attempts to get help/treatment;
     ii. School history;
     iii. Past psychiatric history;
     iv. History of alcohol or substance abuse;
     v. Legal history;
     vi. Prior history of abuse or trauma;
     vii. Composition of family and relationships with family members;
     viii. Peer and social relationships;
  c. If indicated, MICHELE SMITH will complete questionnaires to rate the frequency and intensity of her child's psychiatric symptoms, which may include ratings of symptoms of depression (Child Depression Inventory) and posttraumatic stress

disorder (UCLA PTSD Index Parent Report).

    d. If indicated, M.M. will complete questionnaires to rate the frequency and intensity of his psychiatric symptoms, which may include ratings of symptoms of depression (Child Depression Inventory), anxiety (Multidimensional Anxiety Scale for Children), and posttraumatic stress disorder (UCLA PTSD Index – Patient Report).

4. Content of the **psychological assessment** will include:

    a. A structured interview alone with MICHELE SMITH to be conducted by Mariam King, Psy.D., a child clinical psychologist at the Autism Center of Northern California. As part of this interview, Ms. Smith will be asked to respond to standardized questions from the Vineland Behavior Adaptive Scale. Ms. Smith will be asked to execute a consent form acknowledging that the psychological assessment is for forensic purposes only and not meant as diagnosis, treatment, or as any clinical care service.

    b. Psychological testing of M.M., including cognitive testing, autism testing, and adaptive behavior testing. This testing will be administered by Mariam King, Psy.D. and will not exceed 3 hours. A Ph.D. graduate student in clinical psychology will also be present.

5. A representative of Plaintiffs' attorney's office may be present outside of the examination room during any portion of the Mental Examination and may not interfere with the examination unless Plaintiff requires assistance.

6. All testing, examination, and interviews with M.M. will be subject to video and audio recording, which will be arranged for by counsel for Plaintiffs; the video setup must allow for M.M.'s face to be captured during the testing, examination, and interviews; the interview with MICHELE SMITH will be subject to audio recording, which will be arranged for by counsel for Plaintiffs; any and all video/audio recordings taken during the IME shall be made available to all parties. MICHELE SMITH will be permitted to watch a live video feed, in a separate room, of M.M.'s psychiatric interview and psychological assessment.

7. Dr. Shaw and Dr. King shall conduct all portions of the IME. No other staff members or representatives of Defendants, Defendants' attorneys, or other persons shall be present in the examination room except that a Ph.D. graduate student in clinical psychology may be present during the psychological testing of M.M. administered by Dr. King.

8. Defendants shall produce to Plaintiffs' counsel the written reports of Dr. Shaw and Dr. King, in keeping with Federal Rules of Civil Procedure Rule 35(b), which requires that "the examiner's report must be in writing and must set out in detail the examiner's findings, including diagnoses, conclusions, and the results of any tests" be provided to the examined party.

9. Plaintiff will be allowed reasonable breaks during the examination, including 30 minutes for lunch. If Plaintiff's stamina or condition worsens to the point that he is unable to complete the exam, an additional session will have to be scheduled with any remaining time left off the original 6 hours.

10. The examinations by Dr. Shaw and Dr. King will be the only mental examination conducted by Defendants TOBINWORLD, SARA FORGHANI, ANDREW ALTES, and ANTIOCH UNIFIED SCHOOL DISTRICT.

**IT IS SO STIPULATED.**

Dated: June 23, 2017

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

/s/David F. Beach
DAVID F. BEACH
ANNE C. D'ARCY
Attorneys for Defendants
TOBINWORLD and SARA FORGHANI

Dated: June 23, 2017

LAW OFFICES OF TODD BOLEY

/s/Todd Boley
TODD BOLEY
Attorneys for Plaintiffs
M.M. and MICHELE SMITH

| | | |
|---|---|---|
| Dated: June 23, 2017 | | LAW OFFICE OF PETER ALFERT |

/s/Peter Alfert
PETER ALFERT
Attorneys for Plaintiffs
M.M. and MICHELE SMITH

Dated: June 23, 2017                    CHAPMAN & INTRIERI, L.L.P.

/s/Mark G. Intrieri
MARK G. INTRIERI, ESQ.
JESSICA A. FAKHIMI, ESQ.
Attorneys for Defendant
ANTIOCH UNIFIED SCHOOL DISTRICT

Dated: June 23, 2017                    LEONE & ALBERTS

/s/Louis Leone
LOUIS LEONE, ESQ.
Attorneys for Defendant
ANTIOCH UNIFIED SCHOOL DISTRICT

Dated: June 23, 2017                    ERICKSEN ARBUTHNOT

/s/Lois A. Lindstrom
LOIS A. LINDSTROM, ESQ.
Attorneys for Defendant
ANDREW ALTES

**[~~PROPOSED~~] ORDER**

Having read and considered the Stipulation of [Proposed] Order for Mental Examination of Plaintiff M.M. [FRCP Rule 35(a)] and good cause appearing, it is hereby ordered that Plaintiff submit to a Mental Examination at the dates, times, and location as agreed upon in the Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/26/17

*[signature]*
Hon. Judge R. Seeborg