DAVID F. BEACH, SBN 127135
ANNE C. D'ARCY, SBN 232948
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242
beach@perrylaw.net
darcy@perrylaw.net

PETER W. ALFERT, SBN 83139
LAW OFFICES OF PETER ALFERT,
A PROFESSIONAL CORPORATION
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
Peter@alfertlaw.com

TODD BOLEY, SBN 68119
LAW OFFICES OF TODD BOLEY
2381 Mariner Square Drive, Suite 280
Alameda, California 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
boley@boleylaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE SMITH and M.M., a minor by and through his guardian ad litem MICHELE SMITH<br><br>Plaintiff(s),<br><br>vs.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, TOBINWORLD, SARA FORGHANI, ANDREW ALTES and DOES 1-30<br><br>Defendant(s). | CASE No. 3:16-cv-01676-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**STIPULATION & [PROPOSED] ORDER FOR EXTENSION OF TIME FOR THE DEPOSITIONS OF DEFENDANTS' WITNESSES**<br><br>Trial date: June 18, 2018 |

Defendants Tobinworld, Sara Forghani, and Antioch Unified School District (AUSD) and Plaintiffs Michele Smith and M.M., a minor by and through his guardian ad litem MICHELE SMITH, through counsel, hereby stipulate:

1. Whereas fact discovery closes on September 15, 2017; and
2. Two of Tobinworld's witnesses noticed for deposition by Plaintiffs reside in Glendale, California and they and their counsel are not available on the dates noticed before September 15, 2017; and Tobinworld's witness Mike Williams resides in Scottsdale, AZ; and
3. Two of AUSD's witnesses noticed for deposition by Plaintiffs, Susan Mead and Donald Gill, are not available for deposition prior to the September 15, 2017 close of fact discovery and AUSD has agreed to produce the witnesses for deposition within 30 days after the September 27 Settlement Conference, in the event the case does not settle; therefore
4. Plaintiffs and Defendants Tobinworld, Sarah Forghani and AUSD agree to extend the time for completing the depositions of Judy Weber and Tobinworld's Rule 30(b)(6) deposition until October 5 and 6, 2017 in Burbank; and Mike Williams in Scottsdale AZ on October 13, 2017 and the depositions of Susan Mead and Donald Gill to a date to be determined within 30 days after the September 27, 2017 Settlement Conference.
5. Counsel for Defendant Andrew Altes does not object to the stipulation and is available for the depositions in Burbank on October 5 and 6 2017 and in Scottsdale, AZ on October 13, 2017.

**SO STIPULATED**.

Dated: September 6, 2017        PERRY, JOHNSON, ANDERSON,
                                               MILLER & MOSKOWITZ LLP

                                               */s/ Anne C. D'Arcy*
                                               DAVID F. BEACH
                                               ANNE C. D'ARCY
                                               Attorneys for Defendants
                                               TOBINWORLD & SARA FORGHANI

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

| | |
|---|---|
| Dated: September 6, 2017 | LAW OFFICES OF TODD BOLEY |
| | _/s/ Todd Boley_ |
| | TODD BOLEY |
| | Attorney for PLAINTIFFS |
| Dated: September 6, 2017 | LAW OFFICES OF PETER ALFERT, APC |
| | _/s/ Peter Alfert_ |
| | PETER ALFERT |
| | Attorney for PLAINTIFFS |
| Dated: September 6, 2017 | CHAPMAN & INTRIERI, LLP |
| | _/s/ Jessica Fakhimi_ |
| | MARK G. INTRIERI |
| | JESSICA FAKHIMI |
| | Attorneys for Defendant AUSD |
| Dated: September 6, 2017 | LEONE & ALBERTS |
| | _/s/Ioana Mondescu_ |
| | LOUIS LEONE |
| | IOANA R. MONDESCU |
| | Attorney for Defendant AUSD |
| Dated: September 6, 2017 | ERICKSEN ARBUTHNOT |
| | _/s/Rachel Szela_ |
| | JASON MAUCK |
| | RACHEL SZELA |
| | Attorney for Defendant ANDREW ALTES |

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of Plaintiffs and Defendants Tobinworld, Sara Forghani and AUSD, and there being no objection by Defendant Andrew Altes, and good cause appearing, it is hereby ordered that the fact discovery deadline may be extended for the depositions of Judy Weber and Tobinworld's Rule 30(b)(6) deposition on October 5 and 6, 2017 and Mike Williams on October 13, 2107 and AUSD'S witnesses Susan Mead and Donald Gill to a date to be determined within 30 days after the September 27 Settlement Conference.

**SO ORDERED.**

Dated: 9/8, 2017

_____
UNITED STATES DISTRICT COURT JUDGE
RICHARD SEEBORG