PETER W. ALFERT, SBN 83139
LAW OFFICES OF PETER ALFERT,
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
Peter@alfertlaw.com

TODD BOLEY, SBN 68119
LAW OFFICES OF TODD BOLEY
2381 Mariner Square Drive, Suite 280
Alameda, California 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
boley@boleylaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE SMITH and M.M., a minor by and through his guardian ad litem MICHELE SMITH<br><br>Plaintiff(s),<br><br>vs.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, TOBINWORLD, SARA FORGHANI, ANDREW ALTES and DOES 1-30<br><br>Defendant(s). | CASE No. 3:16-cv-01676-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME RE PLAINTIFFS' MOTION FOR ORDER APPROVING SETTLEMENT OF MINOR'S CLAIMS** |

Defendants Tobinworld, Sara Forghani, and Antioch Unified School District and Plaintiff

Michele Smith and M.M., a minor by and through his guardian ad litem MICHELE SMITH,

through counsel, hereby stipulate:

1.      Whereas, the parties participated in a judicially supervised Settlement Conference

on September 27, 2017, and tentatively reached a confidential settlement of Plaintiffs' claims,

subject to an order of the Court confirming the settlement of minor M.M.'s claims;

2.      Whereas, Defendants do not oppose Plaintiffs' Motion for Order Approving

Settlement of Minor's Claims, and agree to be served with and have the motion heard on shortened

time;

3.     Whereas, Plaintiffs anticipate filing of their unopposed Motion for Order Approving Settlement of Minor's Claims, albeit with an accompanying Administrative Motion to File Under Seal, on Friday, October 20, 2017; and,

4.     Whereas, a November 13, 2017, specially-set hearing date is available for the Court to hear such a motion,

**IS HEREBY STIPULATED**.

Dated: October 19, 2017          PERRY, JOHNSON, ANDERSON,
                                 MILLER & MOSKOWITZ LLP


                                 _____/s/ Anne C. D'Arcy_____
                                 DAVID F. BEACH
                                 ANNE C. D'ARCY
                                 Attorneys for Defendants
                                 TOBINWORLD & SARA FORGHANI

Dated: October 19, 2017          CHAPMAN & INTRIERI, LLP


                                 _____/s/ Mark G. Intrieri_____
                                 MARK G. INTRIERI
                                 JESSICA A. FAKHIMI
                                 Attorneys for Defendant
                                 ANTIOCH UNIFIED SCHOOL DISTRICT

Dated: October 19, 2017          LAW OFFICES OF TODD BOLEY


                                 _____/s/ Todd Boley_____
                                 TODD BOLEY
                                 Attorney for PLAINTIFF

Dated: October 19, 2017          LAW OFFICES OF PETER ALFERT, APC


                                 _____/s/ Peter W. Alfert_____
                                 PETER ALFERT
                                 Attorney for PLAINTIFFS

# [PROPOSED] ORDER

Pursuant to the Stipulation of the parties and good cause appearing it is hereby ordered that Plaintiffs are permitted to have their Motion for Order Approving Settlement of Minor M.M.'s Claims heard on shortened time. The Court will set the Motion for hearing on November 13, 2017 at 1:30 p.m. in Courtroom 3 of this Court. Plaintiffs are to file their Motion on or before Friday, October 20, 2017.

**IT IS SO ORDERED.**

Dated: __10/19_____, 2017

_____
UNITED STATES DISTRICT COURT JUDGE
RICHARD SEEBORG