PETER W. ALFERT, SBN 83139
**LAW OFFICES OF PETER ALFERT, PC**
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
peter@alfertlaw.com

TODD BOLEY, SBN 64119
**LAW OFFICE OF TODD BOLEY**
2831 Mariner Square Dr., Suite 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
boley@boleylaw.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE SMITH, M.M., a minor by and through his guardian ad litem, MICHELE SMITH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, TOBINWORLD, SARAH FORGHANI, ANDREW ALTES, and DOES 1-30,<br><br>　　　　Defendants. | No. 3:16-cv-01676-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>Hon. Richard Seeborg, Judge |

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL　　　　　　　　　　　　　3:16-cv-01676-RS

It is hereby stipulated between plaintiffs, MICHELE SMITH and M.M., a minor by and through his guardian ad litem MICHELE SMITH, by and through their counsel of record, and defendants ANTIOCH UNIFIED SCHOOL DISTRICT, TOBINWORLD, SARAH FORGHANI and ANDREW ALTES, by and through their counsel of record, that the above-referenced action should be dismissed with prejudice pursuant to F.R.C.P. 41 as to all claims and causes of action against defendants ANTIOCH UNIFIED SCHOOL DISTRICT, TOBINWORLD, SARAH FORGHANI and ANDREW ALTES. The parties further stipulate that the parties release each other for attorney's fees, expenses and costs.

Date: Dec. 6, 2017  LAW OFFICES OF PETER ALFERT, APC

/s/ Peter Alfert
PETER W. ALFERT ESQ.
Attorney for PLAINTIFFS
MICHELE SMITH and M.M. a minor by and through his guardian ad litem,
MICHELE SMITH

Date: Dec. 6, 2017  LAW OFFICES OF TODD BOLEY

/s/ Zoya Yarnykh
ZOYA YARNYKH ESQ.
TODD A. BOLEY, ESQ.
MICHELE SMITH and M.M. a minor by and through his guardian ad litem,
MICHELE SMITH

Dated: Dec. 5, 2017  PERRY JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP

/s/ Anne D'Arcy
ANNE D'ARCY, ESQ.
Attorneys for Defendants
TOBINWORLD and SARAH FORGHANI

| | | |
|---|---|---|
| 1 | Dated: Dec. 5, 2017 | CHAPMAN & INTRIERI, LLP |
| 2 | | _____/s/ Jessica Fakhimi_____ |
| 3 | | MARK INTRIERI, ESQ.<br>JESSICA FAKHIMI, ESQ. |
| 4 | | Attorneys for Defendant<br>ANTIOCH UNIFIED SCHOOL DISTRICT |
| 5 | | |
| 6 | Dated: Dec. 5, 2017 | ERICKSEN ARBUTHNOT |
| 7 | | |
| 8 | | _____/s/ Jason Mauck_____<br>JASON MAUCK, ESQ. |
| 9 | | Attorneys for Defendant<br>ANDREW ALTES |
| 10 | Dated: Dec. 5, 2017 | LEONE & ALBERTS |
| 11 | | |
| 12 | | _____/s/ Louis Leone_____ |
| 13 | | LOUIS LEONE, ESQ.<br>Attorneys for Defendant |
| 14 | | ANTIOCH UNIFIED SCHOOL DISTRICT |

## ORDER

Pursuant to the stipulation by the parties, plaintiffs' claims and causes of action against defendants ANTIOCH UNIFIED SCHOOL DISTRICT, TOBINWORLD, SARAH FORGHANI and ANDREW ALTES are dismissed with prejudice.

**IT IS SO ORDERED:**

Dated: 12/6, 2017

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE